UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DAVID WETCH,<br><br>Plaintiff,<br><br>vs.<br><br>CRUM & FORSTER COMMERCIAL INS.,<br>NORTH RIVER INSURANCE COMPANY,<br>UNITED STATES FIRE INSURANCE<br>COMPANY, CRUM & FORSTER<br>HOLDINGS CORP.,<br><br>Defendants. | 5:17-CV-05033-JLV<br><br><br>ORDER GRANTING EXTENSION AND<br>ORDER ON MOTIONS |

Pending is the defendants' unopposed motion for extension of deadlines (Doc. 78). After consultation with counsel, it appears the grant of the instant motion would render moot the defendants' motion for extension of defendants' expert deadline and defendants' motion to stay (Docs. 67 and 63). Accordingly, good cause appearing for the motion, it is hereby

ORDERED that:

1.     Defendants' unopposed motion for extension of deadlines (Doc. 78) is granted as follows:

          a.     Defendants shall serve and file their response to plaintiff's motion for partial summary judgment (Doc. 59) on or before

**January 15, 2019**.  Plaintiff's reply brief shall be filed on or

before **March 4, 2019**;

b.      The identity and reports from retained experts under Rule

26(a)(2) shall be due from defendants by **December 31,**

**2018**;

c.      All discovery, including expert discovery, shall be

commenced in time to be completed by **July 1, 2019**;

d.      All motions, other than motions *in limine*, together with

supporting briefs, shall be filed and served on or before

**August 1, 2019**;

e.      All other provisions of the court's scheduling order (Doc. 20)

remain in effect.

2.      Defendants' motion for extension of expert deadline (Doc. 67) is

denied as moot;

3.      Defendants' motion to stay (Doc. 63) is denied as moot.

DATED this 15th day of November, 2018.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge